**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WELSPUN PIPES, INC., and                                                                                    PLAINTIFFS
WELSPUN TUBULAR, LLC

v.                                              No. 4:13CV00418 JLH

LIBERTY MUTUAL FIRE
INSURANCE COMPANY                                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Liberty Mutual Fire Insurance Company on the claims of Welspun Pipes, Inc., and Welspun Tubular, LLC. The complaint of Welspun Pipes, Inc., and Welspun Tubular, LLC, is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE